UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R., SUZANNE R., and LILLIAN R., <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, <br><br> Defendant. | NO. 2:17-CV-01041 JLR <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AMENDMENT TO MINUTE ORDER |

The Court has reviewed the Plaintiffs' unopposed Motion, and deems itself fully apprised (without the need for oral argument). NOW THEREFORE it is hereby ORDERED, ADJUDGED AND DECREED that the Unopposed Motion for Amendment to Minute Order is GRANTED as follows:

1. Opening Briefs shall be filed on or before September 14, 2018.

2. Response Briefs shall be filed on or before October 15, 2018.

3. Reply Briefs shall be filed on or before October 28, 2018.

4. Oral argument scheduled ~~for~~ if necessary, as directed by the court. See Local Rules W.D. Wash. LCR 7(b)(4).

Additional dates contained in the original Minute Order shall be stricken.

DATED this 12th day of September, 2018.

_____
Honorable James L. Robart

[Proposed] Order Granting Plaintiffs' Motion for Amendment to Minute Order    1    Civil No. 2:17-cv-01041 JLR

51555383.1