THE HONORABLE JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R., SUZANNE R., and LILLIAN R. *formerly known as Jon*,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS BLUE SHIELD OF ALASKA,<br><br>Defendants. | Case No.: 2:17-cv-01041-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL ADMINISTRATIVE RECORD |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Defendant Premera Blue Cross Blue Shield of Alaska's Motion for Leave to File Under Seal the Administrative Record, and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Defendant Premera Blue Cross Blue Shield of Alaska's Motion for Leave to File Under Seal the Administrative Record is GRANTED.

DATED this 16th day of September, 2018.

_____
THE HONORABLE JAMES L. ROBART

# CERTIFICATE OF SERVICE

I, Gwendolyn C. Payton, hereby certify under penalty of perjury of the laws of the State of Washington that on September 14, 2018, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

Brian S. King
336 S 300 E STE 200
Salt Lake City, UT 84111
brian@briansking.com

John Walker Wood
The Wood Law Firm
800 5th Avenue, STE 4100
Seattle, WA 98104
john@woodfirm.com

☑ **by CM/ECF**

☐ **by Electronic Mail**

☐ **by Facsimile Transmission**

☐ **by First Class Mail**

☐ **by Hand Delivery**

☐ **by Overnight Delivery**

/s/ *Gwendolyn C. Payton*
Gwendolyn C. Payton