UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TODD R., SUZANNE R., and LILLIAN R., | NO. 2:17-CV-01041 JLR |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES |
| v. | |
| PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, | |
| Defendant. | |

The Court has reviewed the Stipulated Motion, and deems itself fully apprised (without the need for oral argument). NOW THEREFORE it is hereby ORDERED, ADJUDGED AND DECREED that the Motion to Extend Deadline for Opposition Memoranda is GRANTED as follows:

1. Response Briefs shall be filed on or before October 26, 2018.
2. Reply Briefs shall be filed on or before November 8, 2018.
4. ~~3.~~ Oral argument scheduled, if necessary, as directed by the Court. See Local Rule W.D.Wash. LCR 7(b)(4).

DATED this 11th day of October, 2018.

_____
Honorable James L. Robart

3. The motions (Dkt ## 33 and 37) are renoted to November 9, 2018.