UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD R., SUZANNE R., and LILLIAN R.,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS BLUE SHIELD OF ALASKA,<br><br>Defendant. | NO. 2:17-CV-01041 JLR<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR OPPOSITION MEMORANDA |

The Court has reviewed the Plaintiffs' Unopposed Motion to Extend Deadline for Opposition Memoranda, and deems itself fully apprised (without the need for oral argument). (Dkt. #41) NOW THEREFORE it is hereby ORDERED that the Plaintiffs' Motion is GRANTED as follows:

1. Response briefs shall be filed on or before October 31, 2018.

2. Reply briefs shall be filed on or before November 14, 2018.

3. Oral argument on the parties' motions for summary judgment shall be scheduled, if necessary, as directed by the Court. See Local Rule W.D.Wash. LCR 7(b)(4).

4. All other pretrial deadlines are vacated and stricken.

DATED this 25th day of October, 2018.

_____
HONORABLE JAMES L. ROBART