UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R., et al., | CASE NO. C17-1041JLR |
| Plaintiffs, | ORDER STRIKING TRIAL DATE |
| v. | |
| PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, | |
| Defendant. | |

Pursuant to the parties' request (*see* Stip. Mot. (Dkt. # 41) at 1 (asking the court to "strike any pretrial or trial dates")) and their stated anticipation that this case will be resolved on their cross-motions for summary judgment (*see id.*; *see also* Def. SJ Mot. (Dkt. # 33); Plf. SJ Mot. (Dkt. # 37)), the court strikes the December 10, 2018, trial date.

*//*

*//*

*//*

If necessary following the court's resolution of the parties' cross-motions, the court will reschedule the trial date.

Dated this 6th day of November, 2018.

JAMES L. ROBART
United States District Judge