# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| TODD R., et al., | CASE NO. C17-1041JLR |
|---|---|
| Plaintiffs, | ORDER DIRECTING A RESPONSE TO THE MOTION FOR RECONSIDERATION |
| v. | |
| PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, | |
| Defendant. | |

Before the court is Defendant Premera Blue Cross Blue Shield of Alaska's ("Premera") motion for reconsideration of the court's findings of fact and conclusions of law and order regarding the parties' cross motions for summary judgment. (MFR (Dkt. # 52); *see also* Order (Dkt. # 50).) Pursuant to Local Civil Rule 7(h)(3), the court ORDERS Plaintiffs Todd R., Suzanne R., and Lillian R. (collectively, "Plaintiffs") to respond to Premera's motion for reconsideration no later than Friday, March 1, 2019. *See* Local Rules W.D. Wash. LCR 7(h)(3). Plaintiffs' responsive memorandum shall be

no longer than ten (10) pages.  Premera's reply, if any, shall be filed no later than Friday, March 8, 2019, and shall be no longer than five (5) pages.  The court DIRECTS the Clerk to re-note Premera's motion for reconsideration (Dkt. # 52) for March 8, 2019.

Dated this 14th day of February, 2019.

JAMES L. ROBART
United States District Judge