THE HONORABLE JUDGE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TODD R., SUZANNE R., and LILLIAN R. *formerly known as Jon*,

Plaintiff,

v.

PREMERA BLUE CROSS BLUE SHIELD OF ALASKA,

Defendants.

Case No.: 2:17-cv-01041-JLR

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBITS 4-5 TO THE DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF MOTION FOR RECONSIDERATION

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Defendant's Motion to Seal Exhibits 4-5 to the Declaration of Gwendolyn C. Payton in Support of Motion For Reconsideration and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal Exhibits 4-5 to the Declaration of Gwendolyn C. Payton in Support of Motion For Reconsideration is GRANTED.

DATED this 18th day of February, 2019.

_____
THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBITS 4-5 TO THE DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF MOTION FOR RECONSIDERATION - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946