UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD R., SUZANNE R., and LILLIAN R., <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, <br><br> Defendant. | NO. 2:17-CV-01041 JLR <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO FILE INFORMATION IN SUPPORT OF PREJUDGMENT INTEREST RATE |

Based upon the plaintiffs' unopposed motion to extend the time to file their motion for prejudgment interest, and for good cause shown, it is hereby ORDERED that the plaintiffs' motion is GRANTED and that the plaintiffs shall file their information in support of their request for prejudgment interest by March 8, 2019.

DATED this 7th day of March, 2019.

_____
U.S. DISTRICT JUDGE