THE HONORABLE JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD R., SUZANNE R., and
LILLIAN R. *formerly known as Jon*,

Plaintiff,

v.

PREMERA BLUE CROSS BLUE
SHIELD OF ALASKA,

Defendants.

Case No.: 2:17-cv-01041-JLR

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBITS 6-7 TO THE DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF REPLY TO MOTION FOR RECONSIDERATION

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Defendant's Motion to Seal Exhibits 6-7 to the Declaration of Gwendolyn C. Payton in Support of Reply to Motion For Reconsideration and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal Exhibits 6-7 to the Declaration of Gwendolyn C. Payton in Support of Reply to Motion For Reconsideration is GRANTED.

DATED this 13th day of March, 2019.

_____
THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
TO SEAL EXHIBITS 6-7 TO THE DECLARATION OF
GWENDOLYN C. PAYTON IN SUPPORT OF REPLY TO
MOTION FOR RECONSIDERATION - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946