THE HONORABLE JUDGE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TODD R., SUZANNE R., and LILLIAN R. *formerly known as J.R.*,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS BLUE SHIELD OF ALASKA,<br><br>Defendants. | Case No.: 2:17-cv-01041-JLR<br><br>**CONSENT ORDER STAYING EXECUTION PENDING APPEAL**<br><br>**NOTED ON MOTION CALENDAR:**<br>**June 4, 2019** |

## CONSENT ORDER STAYING EXECUTION PENDING APPEAL

Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, this matter is before the Court on the motion of Defendant Premera Blue Cross Blue Shield of Alaska, with consent of the Plaintiffs, for an order staying execution of the judgment entered on May 10, 2019. Based upon the following findings, the Court hereby grants the motion.

UPON A FINDING THAT,

1. This Court entered judgment in this case on May 10, 2019;

2. Defendant has taken or will take an appeal from the judgment to the United States Circuit Court of Appeals for the Ninth Circuit pursuant to the Federal Rules of

CONSENT ORDER STAYING EXECUTION
PENDING APPEAL- 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

Appellate Procedure;

3. Defendant has obtained, with approval and by agreement of the Plaintiff, and submitted a Supersedeas Bond to the Court for approval (Supersedeas Bond attached hereto as Exhibit A);

4. The Supersedeas Bond is in proper form, fully executed and enforceable;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that,

5. Defendant's Supersedeas Bond is approved;

6. A stay of proceedings to enforce the judgment is hereby entered;

7. The stay shall be immediately effective and will remain in effect until final disposition of all appellate proceedings;

**IT IS SO ORDERED.**

DATED this 5 day of June, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

WE CONSENT:

| **PLAINTIFFS** | **DEFENDANT** |
|---|---|
| BRIAN S KING, PC | KILPATRICK TOWNSEND & STOCKTON LLP |
| /s/ Brian King | /s/ Gwendolyn C. Payton |
| Brian King (Admitted Pro Hac Vice) | Gwendolyn C. Payton (WSBA # 26752) |
| Attorneys for Plaintiff Todd R., Suzanne R., and Lillian R. *formerly known as J.R.* | Attorneys for Defendant Premera Blue Cross Blue Shield Of Alaska |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of June, 2019, I electronically filed the foregoing **CONSENT ORDER STAYING EXECUTION PENDING APPEAL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Brian S. King
336 S 300 E STE 200
Salt Lake City, UT 84111
brian@briansking.com

John Walker Wood
The Wood Law Firm
800 5th Avenue, STE 4100
Seattle, WA 98104
john@woodfirm.com

DATED this 4th day of June, 2019.

**Kilpatrick Townsend & Stockton LLP**

By: /s/ Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
GPayton@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1420 5th Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 260-8946
*Counsel for Defendant Premera Blue Cross Blue Shield Of Alaska*