UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R., et al., <br><br>                Plaintiffs, <br>     v. <br><br>PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, <br><br>                Defendant. | CASE NO. C17-1041JLR <br><br>ORDER FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS |

Before the court are the memorandum disposition and mandate of the Ninth Circuit Court of Appeals vacating and remanding the matter to this court. (*See* 9th Cir. Mem. Disp. (Dkt. # 88); 9th Cir. Mandate (Dkt. #89).) The court ORDERS the parties to file, within 14 days of the filing date of this order, a joint status report proposing how the court should proceed on remand along with a proposed case schedule. The parties should

//

//

ORDER - 1

1 | attempt to agree in good faith on a unified approach and schedule. If they cannot so
2 | agree, they may outline their disparate suggestions in the joint status report.
3 |     Dated this 30th day of September, 2020.

*(signature)*

JAMES L. ROBART
United States District Judge