UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R., <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, <br><br> Defendant. | CASE NO. C17-1041JLR <br><br> ORDER SETTING CASE DEADLINES |

This matter comes before the court on the parties' Joint Status Report (JSR (Dkt. # 91)) filed pursuant to the court's order following the Ninth Circuit's decision remanding this case to the district court (Order (Dkt. # 90)). The parties state that they intend to file cross-motions for judgment pursuant to Federal Rule of Civil Procedure 52. (*See* JSR.) They jointly ask the court to set the deadline for filing these motions on April 21, 2021. *Id.*

//

ORDER - 1

In addition, Plaintiff Todd R. asks the court to set the deadline for filing amended pleadings on November 6, 2020. (*Id.*) Defendant Premera Blue Cross Blue Shield of Alaska opposes Todd R.'s request. (*Id.*) The court notes that the original deadline for filing amended pleadings in this matter was June 13, 2018. (*See* Sched. Order (Dkt. # 26).)

Having been fully advised, the court ORDERS as follows:

1. The parties shall file their cross-motions for judgment under Federal Rule of Civil Procedure 52 by no later than April 21, 2021.

2. If Todd R. seeks to amend his complaint, he shall file a motion for leave to amend by no later than November 6, 2020.

Dated this 16th day of October, 2020.

JAMES L. ROBART
United States District Judge