
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R., et al., | CASE NO. C17-1041JLR |
| Plaintiffs, | ORDER |
| v. | |
| PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, | |
| Defendant. | |

Before the court is Plaintiffs Todd R., Suzanne R., and Lillian R.'s motion for leave to file an amended complaint. (Mot. (Dkt. # 93).) Plaintiffs' proposed amended complaint (Dkt. # 93-1) does not comply with this court's Local Rules. Local Civil Rule 15 provides that a party that seeks to amend a pleading must "attach a copy of the proposed amended pleading to the motion . . . ." Local Rules W.D. Wash. LCR 15. In addition, "[t]he party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted

ORDER - 1

and underlining or highlighting the text to be added." *Id.* Here, although Plaintiffs have attached a proposed amended complaint to their motion, they have failed to indicate to the court how that proposed amended pleading differs from the original pleading as required by the Local Rules. The court's interest in compliance with Local Rule 15 is not merely technical. Rather, clear delineations of the changes that a party seeks to make in its pleading are critical to the court's informed consideration of a motion to amend. The court admonishes Plaintiffs' attorneys that it will not be as forgiving of violations of the Local Rules in the future.

For the foregoing reasons, the court ORDERS as follows:

1. Plaintiffs shall file a proposed amended complaint that complies with Local Rule 15 by no later than Monday, November 23.

2. The court AMENDS the briefing schedule for Plaintiff's motion to amend (Dkt. # 93) as follows: Defendant's responsive brief shall be filed by no later than Monday, November 30, 2020. Plaintiffs' reply brief, if any, shall be filed by no later than Friday, December 4, 2020.

3. The court DIRECTS local counsel to review his responsibilities under the Local Rules, including his obligation to "ensure that all filings comply with all local rules of this court." Local Rules W.D. Wash. LCR 83.1(d)(2).

//
//
//
//

1    4.   The court DIRECTS the clerk to renote Plaintiffs' motion to amend (Dkt.
2  # 93) for December 4, 2020.

4       Dated this 20th day of November, 2020.

                                    JAMES L. ROBART
                                    United States District Judge

ORDER - 3