THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TODD R., SUZANNE R., and LILLIAN R., )
) No. 2:17-cv-01041-JLR
    Plaintiffs, )
) ~~CORRECTED [PROPOSED]~~
) ORDER TO EXTEND TIME
v. ) TO FILE MOTION FOR
) SUMMARY JUDGMENT
PREMERA BLUE CROSS BLUE SHIELD )
OF ALASKA, )
)
    Defendant. )

~~It appears to the Court, based upon the plaintiffs' motion to extend the deadline, that the Court should grant the plaintiffs 28 additional days, or until May 19, 2021, in which to file their motion for summary judgment.~~ It is ~~therefore~~ **ORDERED** that the plaintiffs shall file their motion for summary judgment by ~~May 19~~ April 28, 2021.

It is **SO ORDERED** on this 22 day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE

CORRECTED PROPOSED ORDRER TO EXTEND

NO. 2:17-cv-01041 JLR

BRIAN S. KING, Attorney at Law
336 South 300 East, Suite 200
Salt Lake City, UT 84111
(801) 532-1739, (801) 532-1936 (fax)

1